FILED
97 MAY 28 PM 2: 24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STAR INSURANCE COMPANY, a corporation,<br><br>    Plaintiff<br><br>vs.<br><br>ALL GULF CONTRACTORS, INC., a corporation, ET AL.,<br><br>    Defendants | CIVIL ACTION NO.<br><br>97-AR-1251-S |

ENTERED
MAY 28 1997

## MEMORANDUM OPINION

There are several fatal defects in the above-entitled removal of March 21, 1997, erroneously entitled "Removal Petition" instead of "Notice of Removal." The motion to remand filed by plaintiff, Star Insurance Company, on May 27, 1997, catches the most obvious defect, namely, the non-joinder of defendant, All Gulf Contractors, Inc., in the removal. Another non-waivable jurisdictional defect is the fact that defendants are citizens and residents of Alabama, precluding diversity removal under 28 U.S.C. § 1441(b). Thirdly, the allegation of the existence of a federal question based on a characterization of the state court complaint as invoking the Federal Declaratory Judgment Act is facially erroneous both under the well-pleaded complaint rule and on the distinction between substantive federal questions and procedural federal questions.

Lastly, the procedural failure of the notice of removal to attach a copy of the "process," although it can be remedied within 30 days from the service of the first-served defendant, has not been remedied.

A separate order of remand will be entered.

DONE this ___28th___ day of May, 1997.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

2